IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

<u>Jessie Ray Hickman, AIS# 155639</u> )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 1:14-cv-967-MHT
)  (To be supplied by Clerk of
<u>Warden: Sharon McSwan Holland</u> )  U.S. District Court)
<u>And Cheif Steward, Shakita Walker, et.Al,</u> )
<u>P.O. Box 710</u> )
)
<u>Elba, AL 36323-0710</u> )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( )  NO (✓)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( )  NO (✓)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____ N/A _____

               Defendant(s) _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____ N/A _____

3. Docket number ____N/A____

4. Name of judge to whom case was assigned ____
   ____N/A____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____
   ____N/A____

6. Approximate date of filing lawsuit ____N/A____

7. Approximate date of disposition ____N/A____

II. PLACE OF PRESENT CONFINEMENT ____Kilby Correctional Facility____
P.O. Box 150   Mt. Meigs, Al   36057

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ____Elba Corr Fac (W/R)____
P.O. Box 710   Elba, Al   36323-0710

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS

1. Warden Sharon McSwain Holland    P.O. Box 710 Elba, Al 36323-0710
2. Che.f Steward: ShaKita Walker    "   "   "   "   "   "   "

3. ____
4. ____
5. ____
6. ____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ____
   June 17th, 2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Warden Holland on June 17, 2014, instructed Inmate Hickman to take pink Slip. that he had received from

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*Attached Statements*

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

Affidavit of Truth

Previous Sick Call Dated 4-30-14, indicateing that he is not to operate heavy duty Machinery And to Avoid exposure of heat, Due to the fact that inmate Hickman Suffers with "Sezieares", Warden Holland instructed Hickman to take Document to the cheif Stewart And have cheif Stewart to Make a copy for the Kitchen record, inmate Hickman was working in the Kitchen, operating the Dish Machine which runs a 190 degrees of heat factor Inmate Hickman was only Asking to be placed on Another Job Area in the Kitchen that was Much Cooler at the time, Although, this seem to be a problem, Because Steward Walker stated that She didn't have a New posistion for inmate Hickman to work in. On June 18, 2014, The Medical team came to E/BA Work release Center, and inmate Hickman reported to the Medical personal Name Stanley Coleman And explain to him what was going on, Mr. Coleman Attempted to talk to Warden Holland, But she refuse to hear what he had to say So Nurse Coleman put in paper work to have Me transferred to Kilby Corr. Fac P.O. Box 150, Mt. Meigs, Al 36057 Just to protect My health and Me from any Misbehavior of the Warden Holland And cheif Stewart Mrs. Walker which is a Deliberate Indiffererance to My Medical needs.

This Statement Above is based on True facts, that I'm being Discriminated Against, And deprive of Attending Work release / honor Camp, Therefore I Mr. Jessie Ray Hickman Files this Lawsuit Against each Person involved in their Personal and Individual Compacity, of this Said Matter, However so done

Respectfully Submitted

/s/ Jessie R. Hickman                    9-10-14
                                          Date

Notary Public Service

Sworn to And Subscribed before Me ON this the 10 Day of Sept 2014

/s/ Jessie R. Hickman
AIS# 155639    K-1-24A

/s/ [Notary signature]
Notary Public

My Commission Expires: 4-13-16

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_I'M Sueing each person (Defendants) in their personal And Individual Compacity for the Sum of $950,000 Each Nine Hundred and fifty Thousand Dollars each, for Discrimination_

_Jessie R. Jackson_
Signature of plaintiff(s) 155639 K-1-24A

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___9-10-2014___.
(Date)

_Jessie R. Jackson_
Signature of plaintiff(s)
Ais# 155639    K-1-24A

4

Jessie Ray Hickman
AIS #155639 K-1-24A
P.O. Box 150
Mt. Meigs, AL 36057

Office of the Clerk
The United States Middle District
P.O. Box 711
Montgomery, AL 36101-0711

Urgent Exigent

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."